GEOFFREY D. ITTLEMAN
THE LAW OFFICES OF GEOFFREY D.
ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, FL 33301
Tel:  (954) 462-8340
Fax: (954) 462-8342
Florida Bar No.: 37790
E-mail:  geoffrey@ittlmanlaw.com

BRETT E. LEWIS
LEWIS & HAND, LLP
(pending admission *pro hac vice*)
45 Main Street, Suite 608
Brooklyn, New York, 11201
Tel:  (718) 243-9323
Fax: (718) 243-9326
E-mail:  brett@lewishand.com

Attorneys for Plaintiffs TIMOTHY
SCHMIDT, SKIN PRO INTERNATIONAL,
INC, and SOUTHBEACH HERBALS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TIMOTHY SCHMIDT, an individual, SKIN PRO INTERNATIONAL, INC, a company incorporated in the State of Florida, and SOUTHBEACH HERBALS, INC., a company Company incorporated in the State of Florida,<br><br>Plaintiffs,<br><br>vs.<br><br>LIZA WONG, an individual,<br><br>Defendants. | Case No. 1:11-CV-21088 MGC<br><br>**JOINT MOTION FOR A STAY AND SUSPENSION ALL DEADLINES AND MEMORANDUM OF LAW IN SUPPORT** |

## INTRODUCTION

For the reasons explained below, the parties in this matter, Plaintiffs Timothy Schmidt ("Schmidt"), Skin Pro International, Inc. ("Skin Pro") and South Beach Herbals, Inc. ("South

Case 1:11-cv-21088-MGC   Document 7   Entered on FLSD Docket 06/15/2011   Page 2 of 4

*Schmidt vs. Wong*
Case No.: 1:11-CV-21088 MGC

Beach Herbals") (collectively "Plaintiffs") and Defendant Liza Wong ("Wong") hereby jointly request that the Court enter the accompanying Order staying this matter in all respects and suspending all deadlines for 90 days, to allow the parties to complete mediation in the related case filed in the United States District Court for the Northern District of California entitled *Elite Skin Care, LLC and Liza Wong vs. Skin Pro International, Inc., South Beach Herbals and Timothy Schmidt*, Case No. 3:11-cv-00824 ("the Northern District of California action").

## BACKGROUND

On January 17, 2011, Wong filed a complaint under the Uniform Domain Name Dispute Resolution Policy (UDRP) with the National Arbitration Forum ("NAF") against South Beach Herbals and Schmidt, seeking the transfer of the domain names <eliteskin.net> and <eliteskin.com>. In filing the UDRP complaint, Wong was required to consent to the jurisdiction of the Florida courts as a condition to seeking relief under the UDRP rules.

In a decision issued March 16, 2011, the NAF Panel ordered that the domain names be transferred from Plaintiffs to Wong. *Id.* On March 29, 2011, within the statutory 10-day period, Plaintiffs filed this action, seeking a declaratory judgment under the Anticybersquatting Consumer Protection Act ("ACPA") that Plaintiffs were the rightful owners of the Domain Names. The filing of this action stayed the transfer of the domain names to Wong pending *de novo* consideration by a federal court. The response to the Complaint in this action is due on or before July 2, 2011.

Prior to the filing of the present lawsuit, on February 22, 2011, Elite Skin Care, LLC ("Elite Skin Care") filed the Northern District of California action against Skin Pro, alleging causes of action for trademark infringement and unfair competition. On May 2, 2011, Skin Pro answered the Complaint and counterclaimed for trademark infringement, false designation of origin, unfair business practices and tortuous interference with prospective economic advantage. Skin Pro brought Wong into the Northern District of California case as a counterclaim defendant.

Elite Skin Care and Wong filed an amended complaint on April 18, 2011, adding a cause of action for violation of the Anticybersquatting Consumer Protection Act and naming South Beach Herbals and Schmidt as additional defendants. Schmidt, Skin Pro and South Beach Herbals filed an Answer to the amended Complaint and filed counterclaims for trademark infringement, false designation of origin, unfair business practices and tortuous interference with prospective economic advantage against Elite Skin Care and Wong on May 2, 2011. All parties

*Schmidt vs. Wong*
Case No.: 1:11-CV-21088 MGC

to this action have appeared in the Northern District of California case. Although the parties disagree on the proper forum for litigating the ACPA claims, both parties agree that the negotiated resolution of the parties' claims and counterclaims in that case would resolve the parties' dispute over the ownership of the domain names <eliteskin.com> and <eliteskin.net>, the only issue present in this case.

On June 1, 2002, the Court in the Northern District of California action held a Case Management Conference. During the conference, the parties agreed to stay the Northern District of California action pending the outcome of mediation. As a result of the parties' agreement, the Court in the Northern District of California stayed the case and referred it to the Alternative Dispute Resolution Program for mediation. The mediation is now scheduled for July 29, 2011 in San Francisco and the parties are hopeful that the pending disputes between the parties will be resolved.

## MEMORANDUM OF LAW

Given the upcoming mediation in the Northern District of California action, the parties believe that a stay of this action will not only conserve judicial resources, but will also conserve the parties' resources, and prevent needless litigation over which forum is the proper one.

## CONCLUSION

Accordingly, the parties respectfully request the Court to enter the accompanying Order staying this matter in all respects and suspending all deadlines for 90 days to allow the parties to complete mediation in the Northern District of California and would further request any further relief that the Court deems fair, just and equitable.

Dated this 15th day of June, 2011.

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

-and-

LEWIS & HAND LLP
45 Main Street
Suite 608
45 Main Street, Suite 608

*Schmidt vs. Wong*
Case No.: 1:11-CV-21088 MGC

Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Plaintiffs TIMOTHY SCHMIDT, SKIN PRO INTERNATIONAL, INC, and SOUTHBEACH HERBALS, INC.

DERGOSITS & NOAH LLP

By: ___/s/ Todd A. Noah_____
Todd A. Noah
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383

Attorneys for Defendant LIZA WONG